David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

Attorneys for Plaintiff,
JEFFREY M. CLARKE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY M. CLARKE,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., GMAC MORTGAGE, LLC., SYNCHRONY BANK/LOWES, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:15-cv-00890-APG-VCF<br><br>*Assigned to Judge Andrew P. Gordon; Referred to Magistrate Judge Cam Ferenbach*<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  May 12, 2015<br>Trial Date:           TBA<br><br>**ORDER** |

## STIPULATION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Defendant Capital One Bank (USA), N.A. ("Capital One") be dismissed from this action with prejudice, with Plaintiff Jeffrey M. Clarke and Capital One to bear their own fees and costs.

DATED: August 6, 2015            FERNALD LAW GROUP LLP


By: s/ Brandon C. Fernald
    BRANDON C. FERNALD
Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.


DATED: August 6, 2015            KAZEROUNI LAW GROUP, APC


By: s/ Danny J. Horen
    DANNY J. HOREN, ESQ.
Attorneys for Plaintiff,
JEFFREY M. CLARKE


**IT IS SO ORDERED.**

Dated: August 7, 2015.

_____
UNITED STATES DISTRICT JUDGE