# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JEFFREY M. CLARKE,

                                    Plaintiff,

            v.

SYNCHRONY BANK/LOWES, et al.,

                                    Defendants.

Case No. 2:15-cv-0890-APG-VCF

**ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

        On September 18, 2015, Plaintiff was advised by the court (Dkt. #12) that this action would be dismissed without prejudice as to defendant Experian Information Solutions, Inc. unless on or before October 18, 2015, Plaintiff filed proper proof of service or showed good cause why such service was not timely made.  Plaintiff has failed to file proof of service nor shown good cause.  Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m).  Therefore,

        **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** only as to defendant Experian Information Solutions, Inc.

        Dated:  October 23, 2015.

                                                _____
                                                ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE