UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY M. CLARKE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00890-APG-VCF<br><br>**ORDER SETTING DEADLINE TO FILE DISMISSAL PAPERS** |

　　　　In light of the notice of settlement (Dkt. #11) between plaintiff Jeffrey Clarke and defendant Synchrony Bank/Lowes,

　　　　IT IS ORDERED that all deadlines related to defendant Synchrony Bank/Lowes are suspended.

　　　　IT IS FURTHER ORDERED that these parties shall file a stipulation of dismissal on or before November 2, 2015.

　　　　DATED this 26th day of October, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE