UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY M. CLARKE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00890-APG-VCF<br><br>**ORDER SETTING DEADLINE TO FILE DISMISSAL PAPERS** |

　　　　On October 26, 2015, I directed the parties to file a stipulation of dismissal on or before November 2, 2015.  Nothing was filed.

　　　　IT IS THEREFORE ORDERED that these parties shall file a stipulation of dismissal or a status report regarding dismissal on or before November 13, 2015.

　　　　DATED this 6th day of November, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE