David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Michael Kind, Esq.
NV Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY M. CLARKE, | Case No.: 2:15-cv-00890-APG-VCF |
| Plaintiff, | |
| v. | |
| CAPITAL ONE BANK (USA), N.A., GMAC MORTGAGE, LLC., SYNCHRONY BANK/LOWES, and EXPERIAN INFORMATION SOLUTIONS, INC., | **STIPULATION OF DISMISSAL OF SYNCHRONY BANK/LOWES** |
| Defendants. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff JEFFREY M. CLARKE ("Plaintiff") and Defendant SYNCHRONY BANK/LOWES ("SYNCHRONY"),

having reached settlement, stipulate to dismiss SYNCHRONY from the above-captioned matter with prejudice as to Plaintiff's claims against SYNCHRONY. Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 11, 2015

BY: /S/ __Michael Kind__
    Michael Kind, Esq.
    7854 W. Sahara Avenue
    Las Vegas, NV 89117
    Phone: (800) 400-6808 x7
    FAX: (800) 520-5523
    mkind@kazlg.com
    *Attorney for Plaintiff*

BY: /S/ __Matthew Knepper__
    Matthew Knepper, Esq.
    1160 Town Center Drive, Ste. 330
    Las Vegas, NV 89144
    702.634.5000
    Email:matthew.knepper@akerman.com
    *Attorney for SYNCHRONY BANK/ LOWES*

## ORDER

**IT IS SO ORDERED.**

Dated:  December 11, 2015.

_____
UNITED STATES DISTRICT JUDGE